22916. PHILLIPS *v.* THE STATE.

BROYLES, C. J. The evidence tending to connect the defendant with the offense charged was wholly circumstantial, and, while it raised a strong suspicion of his guilt, it was not sufficient to exclude every other reasonable hypothesis. It follows that his conviction was not supported by the evidence, and that the court erred in overruling the motion for a new trial. *Judgment reversed. MacIntyre and Guerry, JJ., concur.*